CARL D. PFENDER, appellant,

*v.*

LILLIAN E. PFENDER, respondent.

[Decided October 14th, 1929.]

*Messrs. Lum, Tamblyn & Colyer,* for the appellant.

*Mr. Merritt Lane,* for the respondent.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Berry, and reported in *104 N. J. Eq. 107.*

*For affirmance*—THE CHIEF-JUSTICE, PARKER, KALISCH, BLACK, CAMPBELL, LLOYD, CASE, BODINE, WHITE, VAN BUSKIRK, McGLENNON, KAYS, HETFIELD, DEAR, JJ. 14.

*For reversal*—None.